Sherrill **HARSTON**, Appellant,

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Dec. 17, 1971.

Titus Lyle and Douglas Keen, Keen & Lyle, Scottsville, for appellant.

John B. Breckinridge, Atty. Gen., George F. Rabe, Asst. Atty. Gen., Frankfort, for appellee.

STEINFELD, Judge.

Appellant Sherrill Harston was found guilty of uttering forged checks in violation of KRS 434.130(2). He appeals, claiming only that his motions for a directed verdict of acquittal should have been sustained because "(t)he Commonwealth failed to prove the bank upon which the checks were written was authorized by law to do a general banking business." Such proof was unnecessary. Francis v. Commonwealth, Ky., 468 S.W.2d 287 (1971).

The judgment is affirmed.

All concur.